STATE OF MAINE                              SUPERIOR COURT
CUMBERLAND, ss.                             CIVIL ACTION
                                            DOCKET NO. RE-18-147

HOMEBRIDGE FINANCIAL          )
SERVICES, INC.                )
                              )
          Plaintiff,          )             ORDER PLAINTIFF'S
                              )             MOTION IN LIMINE
     v.                       )
                              )
PAMELA A AUBE AKA PAMELA      )
AUBE AND RICHARD AUBE         )
                              )             TITLE TO REAL ESTATE
          Defendants          )             INVOLVED
                              )
AND DEPARTMENT OF THE         )
TREASURY-INTERNAL REVENUE     )
SERVICE, STATE OF MAINE-MAINE )
REVENUE SERVICES AND MAINE    )
DEPRTMENT OF LABOR/BUREAU OF  )
UNEMPLOYMENT COMPENSATION     )
                              )
          Parties in Interest )

Before the Court is Plaintiff, Homebridge Financial Services, Inc.'s Motion in

Limine seeking to admit a certain business record pursuant to M.R. Evid. 803(6) and

902(11). To the extent the information and figures integrated into the record were

created by a third party, and seek to be admitted for its truth, the affiant must

demonstrate "sufficient knowledge of both businesses' regular practices to demonstrate

the reliability and trustworthiness of the information" therein. *KeyBank Nat'l Ass'n v.*

*Estate of Quint*, 2017 ME 237, ¶ 13, 176 A.3d.

With no opposition filed, but because further witness testimony is required,

Plaintiff's Motion is hereby DENIED.

Dated: __2/10/2020__

_____
MaryGay Kennedy, Justice
Maine Superior Court

For PII Dept of US Treasury: Andrew Lizotte, Esq.
For PII State of Maine: Kevin J. Crosman, AAG

Page 1 of 1

For Plaintiff: Loraine Hite, Esq.; Gregory Braun, Esq.;
Ashley Janotta, Esq.; Benjamin Cirrinone, Esq.;
and Matthew Crouter, Esq.

Defendant(s): Pro-Se Litigants

REC'D CUMB CLERKS OFC
FEB 10 '20 PM1:06